| PROB 22<br>(Rev. 2/88)<br><br>TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>1:11CR00057-001 |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Edward John Martin, Jr.<br>Nacogdoches, Texas | DISTRICT<br><br>Southern District of<br>Indiana | DIVISION<br>Indianapolis |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br>U.S. District Judge William T. Lawrence | | |
|---|---|---|---|
| | DATES OF<br>PROBATION/SUPERVISED<br>RELEASE: | FROM<br>1/25/2018 | TO<br>LIFE |

OFFENSE
18 U.S.C. § 2252 (a) (1) Transportation of Child Pornography
18 U.S.C. § 2252 (a)(4)(B) Possession of Child Pornography

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Texas upon that Court's order of acceptance of jurisdiction.

| 8/3/18 | *William T. Lawrence* |
|---|---|
| *Date* | *United States District Judge* |

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Eastern District of Texas

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| *Effective Date* | *United States District Judge* |